

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

October 26, 2020

Melanie Hessler Sanders
Kustoff Phipps, LLP
4103 Parkdale Street
San Antonio, TX 78229-2520
* DELIVERED VIA E-MAIL *

Emma K. Cano
Jefferson Cano, PLLC
112 E. Pecan St., Suite 1650
San Antonio, TX 78205-1524
* DELIVERED VIA E-MAIL *

Steve A. Chiscano
Gonzalez, Chiscano, Angulo & Kasson, PC
9601 McAllister Freeway, Ste.401
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

Damon Goff
Goff & Mintz
3200 Steck Ave., Suite #250
Austin, TX 78757
* DELIVERED VIA E-MAIL *

Ricardo G. Cedillo
Davis Cedillo & Mendoza Inc
755 E Mulberry Ave Ste 500
San Antonio, TX 78212-3135
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-20-00450-CV
        Trial Court Case Number:   2019CI16836
        Style:  In re Robert L. Marshal, II, et al.

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
MICHAEL A. CRUZ, Clerk of Court

Veronica L. Gonzalez
Deputy Clerk, Ext. 5-3220

cc: Brian Lewis (DELIVERED VIA E-MAIL)
Oliver Mintz (DELIVERED VIA E-MAIL)
Jeffrie B. Lewis (DELIVERED VIA E-MAIL)
Mary Angie Garcia (DELIVERED VIA E-MAIL)
Honorable Norma Gonzales (DELIVERED VIA E-MAIL)
Dinah L. Gaines (DELIVERED VIA E-MAIL)
Taylor Crull (DELIVERED VIA E-MAIL)
Daniel O. Kustoff (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2020

No. 04-20-00450-CV

**IN RE ROBERT L. MARSHAL, II, ET AL.,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI16836
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice, Justice

The unopposed first motion for extension of time in which to file a response, filed by Trilogy MedWaste, Inc., is GRANTED. The response is due **no later than November 30, 2020**.

It is so **ORDERED** October 26, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

October 26, 2020

No. 04-20-00450-CV

**IN RE ROBERT L. MARSHAL, II, ET AL.,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI16836
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice

The unopposed first motion for extension of time in which to file a response, filed by Trilogy MedWaste, Inc., is GRANTED. The response is due **no later than November 30, 2020**.

It is so **ORDERED** October 26, 2020.

**PER CURIAM**

ATTESTED TO: /s/ Michael A. Cruz
          MICHAEL A. CRUZ,
          CLERK OF COURT